**SO ORDERED.**

**SIGNED this 24th day of January, 2011.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Fermin Manuel Cordova | § | Case No. 09-52610-C |
| Tara Ann Cordova | § | Chapter 13 |
| Debtors | § | |
| | § | |

### AMENDED AGREED ORDER ON TRUSTEE'S MOTION TO RECONSIDER AGREED ORDER ON HSBC BANK NEVADA, N.A.'S OBJECTION TO CONFIRMATION ENTERED OCTOBER 2, 2009

On December 3, 2009, came on for hearing the Trustee's Motion to Reconsider Agreed Order on HSBC Bank Nevada, N.A.'s Objection to Confirmation entered on October 2, 2009, ("Motion") in the above bankruptcy case. Having heard the arguments of counsel, heard evidence, and considering all aspects of applicable law, the Court is of the opinion that the claim of HSBC Bank Nevada, N.A., shall be allowed, in part, as a Special Class claim.

Therefore, it is **ORDERED, ADJUDGED AND DECREED** that the secured portion of the claim in the amount of $6,305 of HSBC Bank Nevada, N.A. [claim #13 on claim registry], shall be allowed as, and paid as, a Special Class claim at 0.00% from funds as they become available. The remaining portion of the claim shall be paid as a general unsecured claim.

###

APPROVED AND AGREED AS TO FORM AND CONTENT:

_____
Rick Flume
Attorney for Debtors
SBN 22299200
8700 Crownhill Blvd., #502
San Antonio, Texas 78209
Telephone: (210) 822-2210
Facsimile: (210) 820-3207


_____
James W. King
Attorney for HSBC Bank Nevada, N.A.
SBN 00791029
Offerman & King, L.L.P.
6420 Wellington Place
Beaumont, Texas 77706
Telephone: (409) 860-9000
Facsimile: (409) 860-9199